BENJAMIN J. TOLMAN, State Bar No. 301942
TORRES & TOLMAN
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 212-7748
Email: btolman@torrestolman.com

Attorneys for Plaintiff
REHAN S. ALVI

[Additional counsel appear on signature page]

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REHAN S. ALVI,<br><br>         Plaintiff,<br><br>    v.<br><br>JAMES EADS,<br><br>         Defendant.<br>_____<br>JAMES EADS,<br><br>         Counter-Claimant,<br><br>    v.<br><br>REHAN S. ALVI,<br><br>         Counter-Defendant. | Case No. 2:22-CV-00500-KJM-DB<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS** |

1     WHEREAS, James Eads filed Answer and Counterclaims of Defendant James Eads on July 6, 2022 (Dkt No. 20) that raised two counts—one for Breach of Contract and the other for Declaratory Relief (the "Counterclaims");

    WHEREAS, Plaintiff and Counter-Defendant Rehan S. Alvi's response to the Counterclaims is due on Wednesday, July 27, 2022;

    WHEREAS, Mr. Alvi is contemplating filing a motion to dismiss the Counterclaims;

    WHEREAS, the Parties have a Settlement Conference set for August 31, 2022 (the "Settlement Conference");

    WHEREAS, the Parties desire to preserve party and judicial resources prior to the Settlement Conference and, therefore, desire to extend the time for Mr. Alvi to respond to the Counterclaims;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties through their respective counsel to the entry of an Order providing that:

1. Plaintiff and Counter-Defendant Rehan S. Alvi shall have until September 30, 2022 to file a response to the Counterclaims.

Dated: July 27, 2022          TORRES & TOLMAN

By:   /s/ Benjamin J. Tolman
        Benjamin J. Tolman

*Attorneys for Plaintiff and Cross-Defendant Rehan S. Alvi*

Dated: July 27, 2022          GROSS KLEIN PC

By:   /s/ Travis H.A. Smith
        Travis H.A. Smith

STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TRAVIS H.A. SMITH (#331305)
tsmith@grosskleinlaw.com
GROSS KLEIN PC
The Embarcadero Pier 9, Suite 100
San Francisco, CA 94111

Telephone: (415) 671-4628
Facsimile: (415) 480-6688

*Attorneys for Defendant and Cross-Plaintiff James Eads*

\* \* \* \* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: August 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE