1 | BENJAMIN J. TOLMAN, State Bar No. 301942
TORRES & TOLMAN
2 | 201 Spear Street, Suite 1100
San Francisco, CA 94105
3 | Telephone: (415) 212-7748
Email: btolman@torrestolman.com
4
Attorneys for Plaintiff
5 | REHAN S. ALVI

6 | [Additional counsel appear on signature page]

7

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 | **SACRAMENTO DIVISION**

11

12 | REHAN S. ALVI,                          Case No. 2:22-CV-00500-KJM-DB

13 |         Plaintiff,                     **JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND COMPLETE SETTLEMENT CONFERENCE**

14 |     v.

15 | JAMES EADS,

16 |         Defendant.

17 | _____

18 | JAMES EADS,

19 |         Counter-Claimant,

20 |     v.

21 | REHAN S. ALVI,

22 |         Counter-Defendant.

23

WHEREAS, James Eads filed Answer and Counterclaims of Defendant James Eads on July 6, 2022 (Dkt No. 20) that raised two counts—one for Breach of Contract and the other for Declaratory Relief (the "Counterclaims");

WHEREAS, this Court entered a Stipulation and Order (ECF No. 23) extending Plaintiff and Counter-Defendant Rehan S. Alvi's time to responsd to the Counterclaims to Friday, September 30, 2022;

WHEREAS, this Court has ordered the Parties to schedule a settlement conference by October 2, 2022 and, if they have not, to file a joint status report and proposed schedule (ECF No. 28);

WHEREAS, the Parties are still pursuing settlement and attempting to schedule a meaningful settlement conference and thus desire to preserve party and judicial resources while doing so;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties through their respective counsel to the entry of an Order providing that:

1. Plaintiff and Counter-Defendant Rehan S. Alvi shall have until October 31, 2022 to file a response to the Counterclaims.
2. Both Parties shall have until October 31, 2022 to schedule a settlement conference and, if they have not, to file a joint status report and proposed schedule with the Court.

Dated:  September 29, 2022          TORRES & TOLMAN

                                    By:  /s/ Benjamin J. Tolman
                                              Benjamin J. Tolman

                                    *Attorneys for Plaintiff and Cross-Defendant Rehan S. Alvi*

Dated:  September 29, 2022          GROSS KLEIN PC

                                    By:  /s/ Travis H.A. Smith
                                              Travis H.A. Smith

STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TRAVIS H.A. SMITH (#331305)
tsmith@grosskleinlaw.com
GROSS KLEIN PC
The Embarcadero Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688

*Attorneys for Defendant and Cross-Plaintiff James Eads*

\* \* \* \* \*

**ORDER**

IT IS SO ORDERED.

DATED:  October 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE