1   BENJAMIN J. TOLMAN, State Bar No. 301942
    TORRES & TOLMAN
2   201 Spear Street, Suite 1100
    San Francisco, CA 94105
3   Telephone:   (415) 212-7748
    Email:       btolman@torrestolman.com
4
    Attorneys for Plaintiff
5   REHAN S. ALVI

6   [Additional counsel appear on signature page]

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10                  **SACRAMENTO DIVISION**

11

12  REHAN S. ALVI,                          Case No. 2:22-CV-00500-KJM-DB

13              Plaintiff,                   **JOINT STIPULATION AND ORDER
                                             EXTENDING TIME TO RESPOND TO
14         v.                                COUNTERCLAIMS AND COMPLETE
                                             SETTLEMENT CONFERENCE**
15  JAMES EADS,

16              Defendant.

17  _____

18  JAMES EADS,

19              Counter-Claimant,

20         v.

21  REHAN S. ALVI,

22              Counter-Defendant.

23

24

25

26

27

28

WHEREAS, James Eads filed Answer and Counterclaims of Defendant James Eads on July 6, 2022 (Dkt No. 20) that raised two counts—one for Breach of Contract and the other for Declaratory Relief (the "Counterclaims");

WHEREAS, this Court entered a Stipulation and Order (ECF No. 30) (the "Order") extending Plaintiff and Counter-Defendant Rehan S. Alvi's time to respond to the Counterclaims to October 31, 2022;

WHEREAS, the Order also extended the Parties' time to schedule a settlement conference or file a joint status report and proposed schedule with the Court until October 31, 2022;

WHEREAS, the Parties are still pursuing settlement and attempting to schedule a meaningful settlement conference and thus desire to preserve party and judicial resources while doing so;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties through their respective counsel to the entry of an Order providing that:

1. Plaintiff and Counter-Defendant Rehan S. Alvi shall have until December 30, 2022 to file a response to the Counterclaims.

2. Both Parties shall have until December 30, 2022 to schedule a settlement conference and, if they have not, to file a joint status report and proposed schedule with the Court.

Dated:  October 25, 2022                    TORRES & TOLMAN

                                            By:    /s/ Benjamin J. Tolman
                                                   Benjamin J. Tolman

                                            *Attorneys for Plaintiff and Cross-Defendant Rehan S. Alvi*

Dated:  October 25, 2022                    GROSS KLEIN PC

                                            By:    /s/ Travis H.A. Smith
                                                   Travis H.A. Smith

                                            STUART G. GROSS (#251019)
                                            sgross@grosskleinlaw.com

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TRAVIS H.A. SMITH (#331305)
tsmith@grosskleinlaw.com
GROSS KLEIN PC
The Embarcadero Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688

*Attorneys for Defendant and Cross-Plaintiff
James Eads*

\* \* \* \* \* \*

**ORDER**

IT IS SO ORDERED.

DATE:  October 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE