1  BENJAMIN J. TOLMAN, State Bar No. 301942
   TORRES & TOLMAN
2  201 Spear Street, Suite 1100
   San Francisco, CA 94105
3  Telephone:  (415) 212-7748
   Email:        btolman@torrestolman.com
4
   Attorneys for Plaintiff
5  REHAN S. ALVI

6  [Additional counsel appear on signature page]

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12  REHAN S. ALVI,                          Case No. 2:22-CV-00500-KJM-DB

13         Plaintiff,                       **JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND COMPLETE SETTLEMENT CONFERENCE**

14      v.

15  JAMES EADS,

16         Defendant.

17  ─────────────────────────────

18  JAMES EADS,

19         Counter-Claimant,

20      v.

21  REHAN S. ALVI,

22         Counter-Defendant.

23

24

25

26

27

28

WHEREAS, James Eads filed Answer and Counterclaims of Defendant James Eads on July 6, 2022 (Dkt No. 20) that raised two counts—one for Breach of Contract and the other for Declaratory Relief (the "Counterclaims");

WHEREAS, this Court entered two Stipulations and Orders (ECF No. 30 and ECF No. 32) (the "Orders") extending Plaintiff and Counter-Defendant Rehan S. Alvi's time to respond to the Counterclaims to December 30, 2022;

WHEREAS, the Orders also extended the Parties' time to schedule a settlement conference or file a joint status report and proposed schedule with the Court until December 30, 2022;

WHEREAS, the Parties are still pursuing settlement and attempting to schedule a meaningful settlement conference and thus desire to preserve party and judicial resources while doing so;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties through their respective counsel to the entry of an Order providing that:

1. Plaintiff and Counter-Defendant Rehan S. Alvi shall have until February 28, 2023 to file a response to the Counterclaims.
2. Both Parties shall have until February 28, 2023 to schedule a settlement conference and, if they have not, to file a joint status report and proposed schedule with the Court.

Dated:  December 27, 2022                           TORRES & TOLMAN

                                                    By:   /s/ Benjamin J. Tolman
                                                          Benjamin J. Tolman

                                                    *Attorneys for Plaintiff and Cross-Defendant Rehan S. Alvi*

Dated:  December 27, 2022                           GROSS KLEIN PC

                                                    By:   /s/ Stuart G. Gross
                                                          Stuart G. Gross

                                                    STUART G. GROSS (#251019)
                                                    sgross@grosskleinlaw.com

TRAVIS H.A. SMITH (#331305)
tsmith@grosskleinlaw.com
GROSS KLEIN PC
The Embarcadero Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688

*Attorneys for Defendant and Cross-Plaintiff James Eads*

\* \* \* \* \*

**ORDER**

IT IS SO ORDERED that:

1. Plaintiff and Counter-Defendant Rehan S. Alvi shall have until February 28, 2023 to file a response to the Counterclaims.

2. Both Parties shall have until February 28, 2023 to schedule a settlement conference and, if they have not, to file a joint status report and proposed schedule with the Court.

DATED: January 4, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE