BENJAMIN J. TOLMAN, State Bar No. 301942
TORRES & TOLMAN
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 212-7748
Email: btolman@torrestolman.com

Attorneys for Plaintiff
REHAN S. ALVI

[Additional counsel appear on signature page]

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REHAN S. ALVI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES EADS,<br><br>　　　　Defendant.<br>_____<br>JAMES EADS,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>REHAN S. ALVI,<br><br>　　　　Counter-Defendant. | Case No. 2:22-CV-00500-KJM-DB<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND COMPLETE SETTLEMENT CONFERENCE** |

WHEREAS, James Eads filed Answer and Counterclaims of Defendant James Eads on July 6, 2022 (Dkt No. 20) that raised two counts—one for Breach of Contract and the other for Declaratory Relief (the "Counterclaims");

WHEREAS, this Court entered three Stipulations and Orders (ECF Nos. 30, 32, and 34) (the "Orders") extending Plaintiff and Counter-Defendant Rehan S. Alvi's time to respond to the Counterclaims to February 28, 2023;

WHEREAS, the Orders also extended the Parties' time to schedule a settlement conference or file a joint status report and proposed schedule with the Court until February 28, 2023;

WHEREAS, the Parties are still pursuing settlement and attempting to schedule a meaningful settlement conference and thus desire to preserve party and judicial resources while doing so;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties through their respective counsel to the entry of an Order providing that:

1. Plaintiff and Counter-Defendant Rehan S. Alvi shall have until March 31, 2023 to file a response to the Counterclaims.
2. Both Parties shall have until March 31, 2023 to schedule a settlement conference and, if they have not, to file a joint status report and proposed schedule with the Court.

Dated: February 27, 2023         TORRES & TOLMAN

                                 By:   /s/ Benjamin J. Tolman
                                       Benjamin J. Tolman

                                 *Attorneys for Plaintiff and Cross-Defendant Rehan S. Alvi*

Dated: February 27, 2023         GROSS KLEIN PC

                                 By:   /s/ Stuart G. Gross
                                       Stuart G. Gross

                                 STUART G. GROSS (#251019)

-1-
ORDER; JOINT STIP. EXT. TIME TO RESPOND TO COUNTERCLAIMS AND TO SCHEDULE SETTLEMENT CONF.
CASE NO.: 2:22-CV-00500-KJM-DB

sgross@grosskleinlaw.com
TRAVIS H.A. SMITH (#331305)
tsmith@grosskleinlaw.com
GROSS KLEIN PC
The Embarcadero Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688

*Attorneys for Defendant and Cross-Plaintiff James Eads*

* * * * *

**ORDER**

IT IS SO ORDERED that:

1. Plaintiff and Counter-Defendant Rehan S. Alvi shall have until March 31, 2023 to file a response to the Counterclaims.

2. Both Parties shall have until March 31, 2023 to schedule a settlement conference and, if they have not, to file a joint status report and proposed schedule with the Court.

3. The court does not anticipate granting any further extensions of time absent a detailed showing of good cause.

DATED:  March 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE