BENJAMIN J. TOLMAN, State Bar No. 301942
TORRES & TOLMAN
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone:  (415) 212-7748
Email:       btolman@torrestolman.com

Attorneys for Plaintiff
REHAN S. ALVI

[Additional counsel appear on signature page]

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| REHAN S. ALVI,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES EADS,<br><br>    Defendant.<br><br>———————————————<br><br>JAMES EADS,<br><br>    Counter-Claimant,<br><br>    v.<br><br>REHAN S. ALVI,<br><br>    Counter-Defendant. | Case No. 2:22-CV-00500-KJM-DB<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND COMPLETE SETTLEMENT CONFERENCE** |

1  WHEREAS, James Eads filed Answer and Counterclaims of Defendant James Eads on July 6, 2022 (Dkt No. 20) that raised two counts—one for Breach of Contract and the other for Declaratory Relief (the "Counterclaims");

WHEREAS, this Court entered four Stipulations and Orders (ECF Nos. 30, 32, 34, and 36) (the "Orders") extending Plaintiff and Counter-Defendant Rehan S. Alvi's time to respond to the Counterclaims to March 31, 2023;

WHEREAS, the Orders also extended the Parties' time to schedule a settlement conference or file a joint status report and proposed schedule with the Court until March 31, 2023;

WHEREAS, the Parties have made progress in their negotiations, and are now ready to schedule a settlement conference in pursuit of settlement;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties through their respective counsel to the entry of an Order providing that:

1. The Court refer this action to a mandatory settlement conference to be scheduled within 60 days or as soon thereafter as the referral judge has available.

2. Plaintiff and Counter-Defendant Rehan S. Alvi shall have until 14 days after the settlement conference to file a response to the Counterclaims.

Dated: March 31, 2023                    TORRES & TOLMAN

                                         By:    /s/ Benjamin J. Tolman
                                                Benjamin J. Tolman

                                         *Attorneys for Plaintiff and Cross-Defendant Rehan S. Alvi*

Dated: March 31, 2023                    GROSS KLEIN PC

                                         By:    /s/ Stuart G. Gross
                                                Stuart G. Gross

                                         STUART G. GROSS (#251019)
                                         sgross@grosskleinlaw.com
                                         TRAVIS H.A. SMITH (#331305)
                                         tsmith@grosskleinlaw.com

GROSS KLEIN PC
The Embarcadero Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688

*Attorneys for Defendant and Cross-Plaintiff James Eads*

\* \* \* \* \*

## ORDER

IT IS SO ORDERED:

1. This action is referred to a mandatory settlement conference to be scheduled within 60 days from the entry of this order or as soon thereafter with a randomly assigned magistrate judge.

2. Plaintiff and Counter-Defendant Rehan S. Alvi shall have until 14 days after the settlement conference, if no settlement is agreed upon, to file a response to the Counterclaims.

DATED: April 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE